

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-18-00286-CV

_____

IN THE INTEREST OF N.P.A., A CHILD

On Appeal from the 431st District Court
Denton County, Texas
Trial Court No. 15-01062-431, Honorable Jonathan M. Bailey, Presiding

February 21, 2019

MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PARKER, JJ.

Appellant C.L., proceeding *pro se*, filed a notice of appeal from the trial court's order in a suit to modify the parent-child relationship. We dismiss the appeal for want of prosecution.

The appellate record was due November 19, 2018. The clerk's record was filed by this deadline, but the reporter's record was not. On November 27, the reporter notified the court that C.L. had not requested preparation or made payment arrangements for the reporter's record. *See* TEX. R. APP. P. 35.3(b)(2), (3). By letter of November 28, we directed C.L. to request preparation and make acceptable payment arrangements for the reporter's record by December 10. We also admonished her that failure to comply could

cause the court to set a deadline for filing her brief. *See* Tex. R. App. P. 37.3(c). On December 11, the reporter notified the court that C.L. had not complied with the court's order. Accordingly, by letter of December 20, we set C.L.'s brief due January 22, 2019. *See* Tex. R. App. P. 37.3(c), 38.6(a).

C.L. did not file a brief by the January 22 deadline. By letter on January 29, 2019, we notified C.L. that her brief was overdue and admonished her that if she did not file a brief by February 8, the appeal was subject to dismissal for want of prosecution without further notice. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b). To date, C.L. has not filed a brief or otherwise communicated with the court.

Accordingly, this appeal is dismissed for want of prosecution.

Per Curiam